# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                    Telephone: (212) 317-1200
New York, New York 10165                          Facsimile: (212) 317-1620
_____

July 7, 2022

**<u>VIA ECF</u>**
Hon. John P. Cronan
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Re:    <u>Carino Mendoza et al v. Quattro Gatti Restaurant Inc. et al.</u>
       <u>Case No.: 1:22-cv-03136-JPC</u>

Dear Judge Cronan:

Our office represents Plaintiff in the above-captioned matter. I write jointly with defense counsel to respectfully request an adjournment of our Initial Pretrial Conference currently scheduled for August 2, 2022, at 1:30 p.m.

The parties were scheduled to hold their mediation session on July 7, 2022; however, Defendants requested an adjournment in an effort to obtain documents and information that will ultimately assist in reaching an amicable resolution in this matter.

As such, the parties agreed to reschedule the mediation session for September 22, 2022. In the event the parties are prepared to hold the mediation session on an earlier date, the parties will promptly notify the Court.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

The parties' request is granted.  The Initial Pretrial Conference ("IPTC") currently scheduled for August 2, 2022, at 1:30 p.m. is adjourned to October 4, 2022, at 10:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties shall submit their pre-IPTC joint letter and proposed Case Management Plan and Scheduling Order, *see* Dkt. 12 at 1-2, by September 27, 2022.

SO ORDERED.

Date:   July 11, 2022
        New York, New York

Respectfully Submitted,

/s/ *Bryan D. Robinson*
Bryan D. Robinson, Esq.
CSM Legal, P.C.
*Attorneys for Plaintiff*

JOHN P. CRONAN
United States District Judge

*Certified as a minority-owned business in the State of New York.*