UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                     :

MOISES LUIS CARINO MENDOZA,           :

                     Plaintiff,                          :

                                                     22 Civ. 3136 (JPC)
          -v-                                :

                                                     <u>ORDER</u>
QUATTRO GATTI RESTAURANT INC. and REMO  :
MASTRANGELO,

                   Defendants.          :
                                                 X
-----------------------------------------------------------------------

JOHN P. CRONAN, United States District Judge:

      The Initial Pretrial Conference, currently scheduled for October 4, 2022, is adjourned *sine die* pending mediation. The Parties shall submit a joint letter on October 7, 2022, updating the Court as to the status of their mediation.

      SO ORDERED.

Dated: September 21, 2022
       New York, New York                              JOHN P. CRONAN
                                                   United States District Judge