```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MOISES LUIS CARINO MENDOZA,                                            :
                                                                       :
                          Plaintiff,                                   :
                                                                       :         22 Civ. 3136 (JPC)
                -v-                                                    :
                                                                       :              ORDER
QUATTRO GATTI RESTAURANT INC, et al.,                                  :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 16, 2022, the Court granted counsel for Defendant Quattro Gatti Restaurant Inc. ("Quattro")'s motion to withdraw as attorney. Dkt. 25. The Court directed Quattro to retain new counsel by January 27, 2023, noting that a corporation may not proceed *pro se*. *Id.*; *accord Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006) ("It is well-settled law that a corporation may appear in federal courts only through licensed counsel[.]"). That deadline has passed, and the docket does not reflect the appearance of a new attorney on behalf of Quattro. Accordingly, the Court adjourns sua sponte Quattro's deadline to retain new counsel until February 8, 2023. If Quattro once again fails to retain new counsel by its deadline to do so, Plaintiff shall seek a Clerk's Certificate of Default by February 14, 2023.

SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                                   _____
                                                   JOHN P. CRONAN
                                                   United States District Judge