UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MOISES LUIS CARINO MENDOZA, :
:
Plaintiff, :
: 22 Civ. 3136 (JPC)
-v- :
: ORDER
QUATTRO GATTI RESTAURANT INC. *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff shall file a status letter as to mediation and any contact with the Defendants by March 6, 2023.

    SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge