**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOISES LUIS CARINO MENDOZA, individually and
on behalf of others similarly situated,

No. 22 Civ. 03136 (JPC)

*Plaintiff*,

**JUDGMENT**

-against-

TONINO 205 EAST INC. (D/B/A CAMPAGNA
QUATTRO GATTI) and REMO MASTRANGELO,

*Defendants,*
-----------------------------------------------------------------X

## **JUDGMENT**

On October 6, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MOISES LUIS CARINO MENDOZA, has judgment against REMO MASTRANGELO, in the amount of Two Thousand Dollars and No Cents ($2,000.00), which is inclusive of attorneys' fees and costs.

Dated: October 11, 2023

_____
JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE